## COURT ORDERED VOIR DIRE
(to be used by the Judge at trial)

**CASE TITLE:** United States of America v. Robert Snyder

**CRIMINAL ACTION NO.:** 15 Cr. 269 (TJM)

**DISTRICT JUDGE:** Hon. Thomas J. McAvoy

### ATTACHMENT # 1

Each attorney is required to submit the following information on behalf of his/her client for use by the Court during Voir Dire and must be filed with the Court seven (7) days in advance of the scheduled final pretrial conference.

NAMES AND ADDRESSES OF ALL DEFENDANTS ON TRIAL; DEFENSE COUNSEL'S FIRM NAME, ADDRESS AND THE NAME OF ANY PARTNER OR ASSOCIATE WHO MAY BE AT COUNSEL TABLE DURING THE COURSE OF THE TRIAL.

Robert Snyder - Oneida County Jail, 6075 Judd Road, Oriskany NY, 13424.
Merchant Law Group LLP, Daniel DeMaria, 535 Fifth Avenue, Fl. 25, New York, NY 10017.

(use additional page if necessary)

U.S. ATTORNEY'S NAME AND OFFICE ADDRESS; NAMES AND BUSINESS ADDRESS OF ANY CASE AGENT OR OTHER GOVERNMENT REPRESENTATIVE WHO WILL SIT AT COUNSEL TABLE.

N/A

(use additional page if necessary)

SET FORTH THE DATE OF EACH ALLEGED CRIMINAL OFFENSE, THE PLACE OF THE OFFENSE AND A BRIEF STATEMENT OF THE EVENTS CENTRAL TO THE CHARGES OF EACH COUNT IN THE INDICTMENT.

Counts 1-5: The Government alleges that on November 26, 2010; December 5, 2010; January 1, 2011; January 15, 2011; and February 22, 2011, in Tompkins County, the Defendant knowingly received and attempted to receive child pornography.
Count 6: The Government alleges that on October 27, 2014, in Tompkins County, the Defendant knowingly possessed material that contained images of child pornography.
Counts 7-8: The Government alleges that from in or about November 2010 through in or about October 2014, in Tompkins County, the Defendant did knowingly possess and access with intent to view material that contained one or more images of child pornography.

SET FORTH THE NAMES AND ADDRESSES OF ALL LAY WITNESSES TO BE CALLED.

(use additional page if necessary)

SET FORTH THE NAMES AND ADDRESSES OF ALL EXPERT WITNESSES TO BE CALLED GIVING A BRIEF DESCRIPTION OF THEIR AREAS OF EXPERTISE.

N/A

(use additional page if necessary)

SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY COUNT IN THE INDICTMENT.

Counts 1 to 5: Receipt or Attempted Receipt of Child Pornography;
Count 6: Possession of Child Pornography;
Counts 7 to 8: Accessing with Intent to View and Possession of Child Pornography.

(use additional page if necessary)

SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY AFFIRMATIVE DEFENSE ASSERTED.

N/A

(use additional page if necessary)

_____

PLEASE TAKE NOTICE that any delay in jury selection occasioned by the failure to provide this information will be explained to the jury as to the extent of the delay and the attorney causing same and if the delay causes a one (1) day or more postponement of this trial, appropriate monetary sanctions may be imposed by the Court.

Date: __July 10, 2016__                   _____
                                          (Signature of Attorney)
                                          Bar Roll # 518452