U.S. v. Robert Snyder
3:15-CR-269 [TJM]

## GOVERNMENT'S WITNESS LIST

Michael Connelly, U.S. Postal Inspector, Boston, Massachusetts

Mark Scichilone, U.S. Postal Inspection Service, Boston, Massachusetts

Brian Bone, U.S. Postal Inspector, Boston, Massachusetts

Sgt. Lisa Belanger, Toronto, Canada Police

Sgt. Paul Krawczyk, Toronto, Canada Police

Matthew Ross, Detective Constable Toronto, Canada Police


      The government has made every attempt to include any and all possible witnesses that the government anticipates we may call on our direct case (case-in-chief).  Should we realize that a witness has been inadvertently overlooked and not included in this list, we will immediately amend our list and provide notice to the Court and to defendant.  Obviously, our witness list does not include any witnesses that the government may call in our rebuttal case or call to counter matters or areas first raised by the defense during cross-examination of witnesses called by the government.  We have no way of knowing what witnesses, if any, and what physical evidence, if any, the defense plans to introduce on their direct case or during cross-examination of government witnesses.  Likewise, we do not know what matters the defense plans to explore on cross-examination of government witnesses.  Defendant has not provided any discovery to the government as of this date.  Therefore, we reserve the right to call whatever additional witnesses are appropriate and necessary to rebut matters or issues raised by defendant during cross-examination of government witnesses and also call witnesses in a Rebuttal case to rebut any defense direct case, if there is any.

## CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING SYSTEM

      I hereby certify that on July 11, 2016, I electronically filed with the NDNY Clerk of the District Court using the CM/ECF system the above-referenced document(s) in connection with the above-referenced case.  The CM/ECF system automatically sent electronic notifications of such filing to the attorneys of record in this case, as maintained by the District Court Clerk's Office, AND who are properly registered in the CM/ECF system for the NDNY as required pursuant to NDNY General Order #22.  As for any attorney of record in this case who is not registered in the CM/ECF system for the NDNY, the government has caused to be mailed or faxed to that attorney either the actual CM/ECF electronic notification/e-mail as received from the CM/ECF system by the government and/or the actual documents being filed.  Therefore, the non-registered attorney(s) will receive the same electronic ECF notice with the same information as will the attorney(s) who is/are registered in the CM/ECF system.

                                                                   /S/
                                                    Miroslav Lovric
                                                    Assistant U.S. Attorney